THE PROSPECT PARK AND CONEY ISLAND RAILROAD COMPANY, *Appellant, v.* S. STRYKER WILLIAMSON and others, *Commissioners, Respondents.* — Judgment reversed and new trial granted, costs to abide the event.    Opinion by BROWN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GEORGE T. BURLING, *Appellant, v.* HARRISON HUNT and others, *Commissioners, Respondents.* — Order affirmed, with costs and disbursements. Opinion by PRATT, J.

THE PROSPECT PARK AND CONEY ISLAND RAILROAD COMPANY, *Respondent, v.* S. STRYKER WILLIAMSON and others, *Appellants.* — Order of Mr. Justice PRATT affirmed, with costs and disbursements.